**REQ**
James D. Carraway (Nev. Bar #7642)
CARRAWAY & ASSOCIATES, LLC
7674 W. Lake Mead Blvd., Suite 215
Las Vegas, Nevada 89128
Tel. (702) 632-1580

J. Randall Jones (Nev. Bar #1927)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89109
Tel. (702) 385-6000

Robert C. Maddox (Nev. Bar #4002)
MADDOX, ISAACSON & CISNEROS, LLP
3811 West Charleston Blvd. #110
Las Vegas, Nevada 89102
Tel. (702) 366-1900

Scott K. Canepa (Nev. Bar #4556)
CANEPA RIEDY & RUBINO
851 South Rampart Blvd. #160
Las Vegas, Nevada 89145
Tel. (702) 304-2335

Francis I. Lynch (Nev. Bar #4515)
LYNCH, HOPPER & SALZANO, LLP
1640 Alta Drive., #11
Las Vegas, Nevada 89106
Tel. (702) 868-1115

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHEM HIGHLANDS COMMUNITY ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VIEGA, INC., a Delaware corporation; VIEGA, LLC., a Delaware limited liability company; et al., <br> Defendants, | Case No. 2:12-cv-00207-LRH-CWH <br><br> **REQUEST FOR ORDER APPOINTING SPECIAL PROCESS SERVICE** |

///

///

1

## REQUEST FOR ORDER APPOINTING SPECIAL PROCESS SERVICE

Pursuant to F.R.C.P. Rule 4(f)(1), Plaintiffs, by and through their attorneys of record, are attempting service of the Summons and the Complaint in this matter on named defendants VIEGA GMBH & CO. KG, and VIEGA INTERNATIONAL GMBH (hereinafter collectively referred to as "Viega") as authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.  In order to effectuate service on Viega in Germany pursuant to the Hague Convention, Plaintiffs respectfully request that this Honorable Court specially appoint and authorize **APS International, Ltd.,** including its designated agents, for purposes of effectuating service of process on the Viega defendants, pursuant to F.R.C.P. Rule 4(c)(3).

Dated: This _9_ day of March, 2012.             Respectfully submitted,

                                               **CARRAWAY & ASSOCIATES, LLC**

                                               By: _____
                                               James D. Carraway, Esq.
                                               Nevada Bar No.  7642
                                               7674 W. Lake Mead Blvd., Suite 215
                                               Las Vegas, Nevada  89128
                                               Co- Counsel for the Plaintiffs

2

1

**PROOF OF SERVICE**

2   **STATE OF NEVADA**          )
                                 ) ss.
3   **COUNTY OF CLARK**          )

4        I declare that I am over the age of 18 years and not a party to this action.  I am employed in the

5   County of Clark, State of Nevada.  My business address is 7674 W. Lake Mead Boulevard, Suite 215,

6   Las Vegas, Nevada 89128.

7

8        On __9__ day of March, 2012, I electronically filled the foregoing **REQUEST FOR ORDER**

9   **APPOINTING SPECIAL PROCESS SERVICE**  via the Court's CM/ECF system, in compliance

    with the Federal Rules of Civil Procedure and LR 5-4. Service of the foregoing document will be

10  accomplished by CM/ECF on all parties in the case who are registered electronic case filing users with

11  the Clerk of the Court.

12

13       I declare under penalty of perjury under the laws of the United States of America that the

    foregoing is true and correct and that I am employed in the office of a member of the bar of this

14  Court at whose direction the service was made.

15

16       Executed on __9__ day of March, 2012, at Las Vegas, Nevada.

17

18

19                                              _____
                                                An employee of Carraway & Associates, LLC

20

21

22

23

24

25

26

27

28

3

**ORDR**
James D. Carraway (Nev. Bar #7642)
CARRAWAY & ASSOCIATES, LLC
7674 W. Lake Mead Blvd., Suite 215
Las Vegas, Nevada 89128
Tel. (702) 632-1580

J. Randall Jones (Nev. Bar #1927)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89109
Tel. (702) 385-6000

Robert C. Maddox (Nev. Bar #4002)
MADDOX, ISAACSON & CISNEROS, LLP
3811 West Charleston Blvd. #110
Las Vegas, Nevada 89102
Tel. (702) 366-1900

Scott K. Canepa (Nev. Bar #4556)
CANEPA RIEDY & RUBINO
851 South Rampart Blvd. #160
Las Vegas, Nevada 89145
Tel. (702) 304-2335

Francis I. Lynch (Nev. Bar #4515)
LYNCH, HOPPER & SALZANO, LLP
1640 Alta Drive., #11
Las Vegas, Nevada 89106
Tel. (702) 868-1115

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHEM HIGHLANDS COMMUNITY ASSOCIATION, et al., | Case No. 2:12-cv-00207-LRH-CWH |
| Plaintiffs, | |
| vs. | |
| VIEGA, INC., a Delaware corporation; VIEGA, LLC., a Delaware limited liability company; et al., | **ORDER TO APPOINT SPECIAL PROCESS SERVICE** |
| Defendants, | |

///

///

1

**ORDER TO APPOINT SPECIAL PROCESS SERVICE**

**IT IS HEREBY ORDERED,** that APS International, Ltd., including its designated agents, is

appointed and authorized to effect service of process on the defendants VIEGA GMBH & CO. KG, and

VIEGA INTERNATIONAL GMBH in Germany. Service shall be effected according to any

internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or

the originating court if not otherwise prohibited by international agreement or the laws of the foreign

country, and in a manner reasonably calculated to give notice.

DATED this 12th day of ___March___, 2012

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

**CARRAWAY & ASSOCIATES, LLC**

By: _____
James D. Carraway, Esq.
Nevada Bar No. 7642
7674 W. Lake Mead Blvd., Suite 215
Las Vegas, Nevada 89128
Co- Counsel for the Plaintiffs