# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHEM HIGHLANDS COMMUNITY ASSOCIATION,

        Plaintiff,

vs.

VIEGA, INC., *et al.*

        Defendants.

Case No. 2:12-cv-00207-RCJ-CWH

**ORDER**

    This matter is before the court upon the Plaintiff Anthem Highlands Community Association's Motion to Stay all Briefing Deadlines Until the Court Determines Whether or not it will Transfer the Case (#39), filed May 7, 2012.

    Plaintiff requests a stay of all briefing deadlines on pending motions until the Court decides whether it will transfer this case from District Judge Hicks to Chief Judge Jones. An order reassigning this case to Chief Judge Jones was entered on May 9, 2012 (# 40). As the decision to reassign has been made, Plaintiff's motion is now moot. Accordingly,

    **IT IS ORDERED** that Plaintiff's Motion to Stay Briefing Deadlines (#39) is **DENIED AS MOOT**.

    Dated this 16th day of May, 2012.

                                                                 C.W. HOFFMAN, JR.
                                                              UNITED STATES MAGISTRATE JUDGE