# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHEM HIGHLANDS COMMUNITY ASSOCIATION, | ) <br> ) <br> ) |
| Plaintiff, | ) Case No. 2:12-cv-00207-RCJ-CWH |
| vs. | ) **ORDER** |
| VIEGA, INC., *et al.* | ) |
| Defendants. | ) |

This matter is before the court upon the Defendants Uponor, Inc., Wirsbo Co. and Uponor Wirsbo Co.'s Motion for Stay of Issuance of Discovery Scheduling Order Pending June 21, 2012 Hearing (#50), filed June 6, 2012.

Defendants request a stay of issuance of a discovery scheduling order pending a June 21, 2012 hearing. No hearing is currently set before the court in this matter. While Defendants reference "yellow brass" cases, the instant case has not been consolidated with any other case in this district. Accordingly,

**IT IS ORDERED** that Defendants' Motion for Stay of Issuance of Discovery Scheduling Order Pending June 21, 2012 Hearing (#50) is **DENIED**.

Dated this 7th day of June, 2012.

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE